UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| MUTTASSIM EL HASSAN AHMED | CIVIL ACTION NO. 06-1558 |
| VERSUS | JUDGE HICKS |
| CHRIST TEMPLE CHURCH | MAGISTRATE JUDGE HORNSBY |

**J U D G M E N T**

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, no written objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that Plaintiff's complaint is **DISMISSED WITHOUT PREJUDICE** due to lack of subject matter jurisdiction.

**THUS DONE AND SIGNED** at Shreveport, Louisiana, this 10th day of October, 2006.

_____
S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE